AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

**UNITED STATES OF AMERICA**

**V.**

**Erik Adolfo CHAJON-Raxon**
**San Juan, SACATEPEQUEZ**
**Guatemala**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**Case Number:** L-13-PO9285

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 02, 2013** in **Webb** County, in the **Southern** District of **Texas** **Erik Adolfo CHAJON-Raxon** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Erik Adolfo CHAJON-Raxon, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on July 2, 2013.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/
Signature of Complainant

Michael Lozada
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 05, 2013 at Laredo, Texas
Date City and State

J. Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer