**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA
Plaintiff

v.

Case No.: 5:13−po−09285
Magistrate Judge J. Scott Hacker

Erik Adolfo Chajon−Raxon
Defendant

---

**JUDGMENT**

On **7/5/13**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 10 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **7/5/13**.

J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on ______________________________________________________

to ________________________________________________________________________

at ________________________________________, with a certified copy of the Judgment.

By: ________________________________
Deputy U.S. Marshal